**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **FERIDA HUSKIC MOY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No.: 1:22 C 6341** |
| **v.** | ) | |
| | ) | |
| **FRANK BISIGNANO,** | ) | |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**MOTION FOR ENTRY OF JUDGMENT**

The Court of Appeals for the Seventh Circuit reversed and remanded this case on July 2, 2025. On discussion with counsel for Defendant regarding effectuation of the remand, counsel for Plaintiff was made aware that while the Court of Appeals issued judgment in the case, this Court has not yet done so. Plaintiff respectfully requests that this Court enter judgment in the case so that Defendant can effectuate the remand and the case can be sent to an Administrative Law Judge for a new hearing.

Dated: December 2, 2025

Respectfully submitted,

s/Cody Marvin
Cody Marvin
Attorney for Plaintiff

Cody Marvin
Marvin & Associates, P.C.
630 Davis St., Suite 300
Evanston, IL 60201
(847) 864-0224

**CERTIFICATE OF SERVICE**

The undersigned does hereby state under penalty of perjury that on December 3, 2025, I electronically filed the MOTION FOR ENTRY OF JUDGMENT with the Clerk of the Court using the CM/ECF system, which sent notification of the filing to all counsel of record.

s/Maisha Whittington
Maisha Whittington
Legal Assistant